

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2015

No. 04-15-00404-CV

**IN THE INTEREST OF D.T.C.L. AND B.J.K.,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00985
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." TEX. R. JUD. ADM. 6.2(a). This accelerated appeal from the termination of appellant's parental rights has been pending since the notice of appeal was filed in the trial court on June 30, 3015. Appellant's brief was originally due on August 5, 2015. On August 5, 2015, appointed counsel, Mr. Manuel C. Rodriguez, Jr., filed a motion for extension of time stating he "requires additional time to investigate the issues involved with this appeal." Mr. Rodriguez requested an extension until August 25, 2015.

The request for an extension of time is GRANTED and Mr. Rodriguez is ORDERED to file appellant's brief <u>no later than August 25, 2015</u>. Because this is an accelerated appeal from an order terminating appellant's parental rights, **no further extensions of time will be granted**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court